

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 11, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     **Re:**    ***United States v. Tevin Johnson*, 21 Mag. 1064**

Dear Judge Krause:

     The complaint in the above-referenced case was originally filed under seal.  On February 10, 2021, the defendant was arrested.  As a result, the Government respectfully requests that the Court unseal the complaint.

     Respectfully submitted,

     AUDREY STRAUSS
     United States Attorney


By:     /s/ Derek Wikstrom_____
     Derek Wikstrom
     Assistant United States Attorney
     Tel:  (914) 993-1946

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
February 11, 2021