UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

        -against-

TEVIN JOHNSON,

                Defendant(s).

----------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-MJ-01064

Defendant TEVIN JOHNSON hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

TEVIN JOHNSON
Print Defendant's Name

_____
Defendant's Counsel's Signature

DEVERAUX L. CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2-11-21
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge